# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 21-50139
**Case Name:** SIGNATURE TECHNOLOGIES OF ASHEVILLE, INC
**For Period Ending:** 09/30/2022

**Trustee Name:** (530480) Brian R. Anderson
**Date Filed (f) or Converted (c):** 03/02/2021 (f)
**§ 341(a) Meeting Date:** 04/05/2021
**Claims Bar Date:** 06/24/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens,<br>Exemptions,<br>and Other Costs) | 4<br>Property<br>Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | 7<br>Lien Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | Checking Account - Payroll Account at BB&T, xxxxxx9525 | 190.00 | 190.00 | | 0.00 | FA | 0.00 | 0.00 |
| 2 | Checking- Main Account at BB&T, xxxxxx1846 | 1,005.00 | 1,005.00 | | 0.00 | FA | 0.00 | 0.00 |
| 3 | Checking- Secondary Expenses Account Account at BB&T, xxxxxx2448 | 2.90 | 2.90 | | 4.49 | FA | 0.00 | 0.00 |
| 4 | A/R 90 days old or less. Face amount = $26,736.60. Doubtful/Uncollectible accounts = $13,368.30. | 13,368.30 | 13,368.30 | | 6,073.09 | FA | 0.00 | 0.00 |
| 5 | Office Furniture, Office Computer Equipment. Valuation Method: Comparable sale<br>Order granting public sale of personal property entered 5/6/21, Doc #21 | 1,000.00 | 1,000.00 | | 5,890.27 | FA | 0.00 | 0.00 |
| 6 | 2012 Ford Transit Van VIN: NMOKS9BN9BT070661 Current Mileage: 150,000 90% Clean Loan Value. Valuation Method: Comparable sale<br>Order granting public sale of personal property entered 5/6/21, Doc #21 | 4,050.00 | 4,050.00 | | 5,250.00 | FA | 0.00 | 0.00 |
| 7 | 2015 Ford Transit Van VIN: 1FTNR1ZMXFKA38419 Current Mileage: 51,000 90% Clean Loan Value. Valuation Method: Comparable sale<br>Order granting public sale of personal property entered 5/6/21, Doc #21 | 11,385.00 | 11,385.00 | | 19,250.00 | FA | 0.00 | 0.00 |
| 8 | Inventory - Audio/ Surveillance Equipment. Valuation Method: Recent cost<br>Order granting public sale of personal property entered 5/6/21, Doc #21 | 10,000.00 | 10,000.00 | | 24,305.73 | FA | 0.00 | 0.00 |
| 9 | Iron Horse Buyer's Premium | 0.00 | 0.00 | | 8,204.40 | FA | 0.00 | 0.00 |
| 10 | Public Auction Sales Tax<br>Sales tax payable on auction items | 0.00 | 0.00 | | 1,670.51 | FA | 0.00 | 0.00 |
| 11 | Duke Energy Refund | 250.14 | 250.14 | | 250.14 | FA | 0.00 | 0.00 |
| 11 | **Assets Totals (Excluding unknown values)** | **$41,251.34** | **$41,251.34** | | **$70,898.63** | **$0.00** | **$0.00** | **$0.00** |

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

7th QSR.  Preparing TFR and Final Fee Application.

*Bank account open.

**Initial Projected Date Of Final Report (TFR):** 03/31/2022
**Current Projected Date Of Final Report (TFR):** 03/31/2023

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

**Case No.:** 21-50139
**Case Name:** SIGNATURE TECHNOLOGIES OF ASHEVILLE, INC
**For Period Ending:** 09/30/2022

**Trustee Name:** (530480) Brian R. Anderson
**Date Filed (f) or Converted (c):** 03/02/2021 (f)
**§ 341(a) Meeting Date:** 04/05/2021
**Claims Bar Date:** 06/24/2021

10/07/2022
Date

/s/Brian R. Anderson
Brian R. Anderson

Copy Served On:  Mr. William P. Miller
Bankruptcy Administrator

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 21-50139 | Trustee Name: | Brian R. Anderson (530480) |
|---|---|---|---|
| Case Name: | SIGNATURE TECHNOLOGIES OF ASHEVILLE, INC | Bank Name: | Metropolitan Commercial Bank |
|  |  | Account #: | ******7956 Checking |
| Taxpayer ID #: | **-***9252 | Blanket Bond (per case limit): | $2,500,000.00 |
| For Period Ending: | 09/30/2022 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/09/21 | {3} | SIGNATURE TECHNOLOGIES OF ASHEVILLE INC. | Trustee closed out bank account | 1129-000 | 4.49 | | 4.49 |
| 03/22/21 | {4} | Rodgers K Greenawalt Jr and Daniele L Greenawalt | Outstanding A/R | 1121-000 | 1,890.00 | | 1,894.49 |
| 03/22/21 | {4} | Builders Mutual | Outstanding A/R | 1121-000 | 91.09 | | 1,985.58 |
| 03/24/21 | {4} | Buchanan Construction, LLC | Outstanding A/R | 1121-000 | 4,092.00 | | 6,077.58 |
| 03/31/21 | 101 | Dwayne Leik | April, 2021 Postpetition Rent for 90 Old Shoals Road, Suite 109, Arden NC | 2410-000 | | 795.00 | 5,282.58 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 5,277.58 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 8.75 | 5,268.83 |
| 05/11/21 | 102 | Leik Inc. | May, 2021 Postpetition Rent for 90 Old Shoals Road, Suite 109, Arden NC | 2410-000 | | 795.00 | 4,473.83 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 7.41 | 4,466.42 |
| 06/08/21 | | Iron Horse Auction Co, Inc | Auction Proceeds per Order Authorizing Public Sale of Personal Property (DE #21 entered 5.6.21) | | 64,570.91 | | 69,037.33 |
| | {7} | | Auction proceeds and Buyer's Premium on Ford Transit 250    $19,250.00 | 1129-000 | | | |
| | {6} | | Auction proceeds and Buyer's Premium on 2011 Ford Transit XLT Connect    $5,250.00 | 1129-000 | | | |
| | {5} | | Auction proceeds and Buyer's Premium on office equipment, furniture and ladders    $5,890.27 | 1129-000 | | | |
| | {8} | | Auction Proceeds and Buyer's Premium on sound/video inventory    $24,305.73 | 1129-000 | | | |
| | {9} | | Iron Horse Buyer's Premium    $8,204.40 | 1129-000 | | | |
| | {10} | | Sales tax on public auction items    $1,670.51 | 1129-000 | | | |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 83.76 | 68,953.57 |
| 07/28/21 | 103 | Iron Horse Auction Co, Inc | Invoice dated August 9, 20201. Fees/expenses approved per order entered 7/23/21, Doc #29. | | | 12,874.91 | 56,078.66 |
| | | Iron Horse Auction Co, Inc | Auctioneer FEES for auction held 5/13-5/19. Approved 7/23/21, Doc #29.    $8,204.40 | 3610-000 | | | |
| | | Iron Horse Auction Co, Inc | Auctioneer EXPENSES for auction held 5/13-5/19. Approved 7/23/21, Doc #29.    $4,670.51 | 3620-000 | | | |

Page Subtotals:  $70,648.49  $14,569.83

{ } Asset Reference(s)  ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 21-50139 | Trustee Name: | Brian R. Anderson (530480) |
|---|---|---|---|
| Case Name: | SIGNATURE TECHNOLOGIES OF ASHEVILLE, INC | Bank Name: | Metropolitan Commercial Bank |
| | | Account #: | ******7956 Checking |
| Taxpayer ID #: | **-***9252 | Blanket Bond (per case limit): | $2,500,000.00 |
| For Period Ending: | 09/30/2022 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 110.51 | 55,968.15 |
| 08/31/21 | {11} | Duke Energy Progress | Refund Check | 1129-000 | 250.14 | | 56,218.29 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 108.75 | 56,109.54 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 89.92 | 56,019.62 |
| 10/08/21 | 104 | U.S. Small Business Administration | Per order 10/1/21, Dkt 39, settlement amount of non-titled personal property auction proceeds | 4210-000 | | 22,368.90 | 33,650.72 |
| 10/08/21 | 105 | U.S. Small Business Administration | Per order 10/1/21, Dkt 39, settlement amount of receivables collected | 4210-000 | | 5,469.83 | 28,180.89 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 80.84 | 28,100.05 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 48.03 | 28,052.02 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 46.45 | 28,005.57 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 43.38 | 27,962.19 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 41.83 | 27,920.36 |
| 03/07/22 | 106 | International Sureties, Ltd | Bond #016036434 3.2.22 to 3.1.23 | 2300-000 | | 20.71 | 27,899.65 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 49.21 | 27,850.44 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 43.14 | 27,807.30 |
| 05/25/22 | 107 | Edward P. Bowers | Accountant fees for processing final estate return. Fees approved 5/20/22, Dkt. 49 | 3410-000 | | 627.00 | 27,180.30 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 43.07 | 27,137.23 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 48.01 | 27,089.22 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 41.96 | 27,047.26 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 47.68 | 26,999.58 |

| Account | | | | | | |
|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | | |
| | 6 | Deposits | 70,898.63 | 7 | Checks | 42,951.35 |
| | 0 | Interest Postings | 0.00 | 18 | Adjustments Out | 947.70 |
| | | Subtotal | 70,898.63 | 0 | Transfers Out | 0.00 |
| | 0 | Adjustments In | 0.00 | | Total | 43,899.05 |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | 70,898.63 | | | |

Page Subtotals:        $250.14        $29,329.22

{ } Asset Reference(s)                                                                                              ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-3

| | |
|---|---|
| **Case No.:** | 21-50139 |
| **Case Name:** | SIGNATURE TECHNOLOGIES OF ASHEVILLE, INC |
| **Taxpayer ID #:** | **-***9252 |
| **For Period Ending:** | 09/30/2022 |

| | |
|---|---|
| **Trustee Name:** | Brian R. Anderson (530480) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******7956 Checking |
| **Blanket Bond (per case limit):** | $2,500,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $70,898.63 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $70,898.63 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******7956 Checking | $70,898.63 | $43,899.05 | $26,999.58 |
| | **$70,898.63** | **$43,899.05** | **$26,999.58** |

| | |
|---|---|
| 10/07/2022 | /s/Brian R. Anderson |
| Date | Brian R. Anderson |